No. 1623, Misc. BRYANS *v.* UNITED STATES. C. A. 9th Cir. Motion for leave to file petition for writ of habeas corpus denied. Treating the papers submitted as a petition for a writ of certiorari, certiorari denied.

No. 1631, Misc. DICKERSON *v.* KROPP, WARDEN. Sup. Ct. Mich. Motion for leave to file petition for writ of habeas corpus denied. Treating the papers submitted as a petition for a writ of certiorari, certiorari denied.

No. 1543, Misc. GARRISON *v.* UNITED STATES; and
No. 1603, Misc. WILTSIE *v.* WILSON, WARDEN. Motions for leave to file petitions for writs of mandamus denied.

No. 1109. INTERSTATE CIRCUIT, INC. *v.* CITY OF DALLAS; and
No. 1155. UNITED ARTISTS CORP. *v.* CITY OF DALLAS. Appeals from Ct. Civ. App. Tex., 5th Sup. Jud. Dist. Probable jurisdiction noted. Cases are consolidated and a total of two hours allotted for oral argument. *Grover Hartt, Jr.,* and *Edwin Tobolowsky* for appellant in No. 1109. *Paul Carrington* and *Dan McElroy* for appellant in No. 1155. *N. Alex Bickley* and *Ted P. Mac-Master* for appellee in both cases. Reported below: 402 S. W. 2d 770.

No. 1157. CASE-SWAYNE Co., INC. *v.* SUNKIST GROWERS, INC. C. A. 9th Cir. Certiorari granted. *William H. Henderson* and *W. Glenn Harmon* for petitioner. *Charles E. Beardsley* and *Seth M. Hufstedler* for respondent.